Scott M. Grace  S.B.N. 236621
Luftman, Heck & Associates, LLP
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@lawlh.com
Phone: 619-346-4600
Fax:  619-923-3661

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIDA CAMARCE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VELOCITY INVESTMENTS, LLC, GOLDSMITH & HULL, APC, and DOES 1-10,<br><br>　　　　　Defendants, | Case No: 17-cv-2337 WQH KSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

　　COMES NOW Plaintiff, Loida Camarce, and voluntarily dismisses this action with prejudice as to all Defendants.

Date:  January 25, 2018　　　　　　　　**Luftman, Heck & Associates**
　　　　　　　　　　　　　　　　　　　/s/ Scott M. Grace
　　　　　　　　　　　　　　　　　　　Scott M. Grace
　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff,
　　　　　　　　　　　　　　　　　　　Loida Camarce
　　　　　　　　　　　　　　　　　　　sgrace@lawlh.com

1
NOTICE OF VOLUNTARY DISMISSAL

17-cv-2337 WQH KSC

## CERTIFICATE OF SERVICE

I, Scott M. Grace, hereby certify that:

I am employed in the City and County of San Diego, California. I am over the age of eighteen years and not a party to this action. My business address is 1958 Sunset Cliffs Boulevard, San Diego, CA 92107. I am counsel of record for the plaintiff in this action.

On January 25, 2018, I caused the **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to be served upon the parties listed below via first class US mail:

**VIA FIRST CLASS MAIL**

**Michael L. Goldsmith**
**16933 Parthenia Street, Suite 110**
**Northridge, CA 91343**
**Attorney for Defendants**

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, CA on January 25, 2018.

**Luftman, Heck & Associates**
/s/ Scott M. Grace
Scott M. Grace
Attorney for the Plaintiff,
Loida Camarce
sgrace@lawlh.com